## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

VERONICA VIGIL,

    Plaintiffs,

v.                                                                          State Case No. D-117-CV-2014-00380

ANNE TAINTOR, ANNE TAINTOR, INC.,
And DOODLETS, LLC;

    Defendants.

### AFFIDAVIT OF DEFENDANT ANNE TAINTOR, INDIVIDUALLY

I, Anne Taintor, having been duly sworn under oath, state as follows:

1. I am over the age of 18 and competent to make this Affidavit.

2. The statements contained herein are true and correct.

3. I moved from the state of New Mexico in June, 2011.

4. Since June 2011 to the present day, the home where I have physically resided is located in Portland, Maine, and it is my intention to stay and remain living in Portland, Maine indefinitely.

5. While I have gone on vacations and trips since I moved to Portland, Maine in June, 2011, I have always intended to return and have returned to my home in Portland, Maine.

6. I have been a citizen of the State of Maine from June, 2011 to the present day and have no intention of changing my citizenship to another state.

7. I did not personally sell to Doodlet's, LLC or supply to Doodlet's, LLC any product bearing the Veronica Vigil's "high school graduation photograph with the phrase 'I'm going to be the most popular girl in rehab.'"


EXHIBIT A


8. Doodlet's, LLC did not order or request from me any product bearing the Veronica Vigil's "high school graduation photograph with the phrase 'I'm going to be the most popular girl in rehab.'"

9. I was served with the summons and Complaint at my home which is located in Portland, Maine on November 26, 2014.

FURTHER AFFIANT SAYETH NOT.

ANNE TAINTOR

STATE OF MAINE     )
                   ) SS.
COUNTY OF CUMBERLAND )

SUBSCRIBED, SWORN TO, and ACKNOWLEDGED, ANNE TAINTOR personally appearing before me on this 20th day of December, 2014.

Notary Public

My Commission Expires:

JULY 15th 2020

MICHAELE RACKLIFF
Notary Public
Maine
My Commission Expires Jul 15, 2020