## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

VERONICA VIGIL,

        Plaintiffs,

v.                                     State Case No. D-117-CV-2014-00380

ANNE TAINTOR, ANNE TAINTOR, INC.,
And DOODLETS, LLC;

        Defendants.

### AFFIDAVIT OF DEFENDANT ANNE TAINTOR, INC.

I, Anne Taintor, as President of Anne Taintor, Inc., having been duly sworn under oath, state as follows:

1.     I am over the age of 18 and competent to make this Affidavit.

2.     The statements contained herein are true and correct.

3.     I am the current President of Anne Taintor, Inc. and am duly authorized by Anne Taintor, Inc. to execute this Affidavit on behalf of the company, and further, I am competent to do so.

4.     Anne Taintor, Inc. was incorporated in the state of Maine in 2011.

5.     Anne Taintor, Inc.'s business office and principal place of business is located in Brooklyn, New York.

6.     At the time the lawsuit was filed on November 18, 2014, Anne Taintor, Inc.'s state of incorporation was Maine and its principal place of business Brooklyn, New York.

7.     Anne Taintor, Inc. did not sell to Doodlet's, LLC or supply to Doodlet's, LLC any product bearing Veronica Vigil's "high school graduation photograph with the phrase 'I'm going to be the most popular girl in rehab.'"

EXHIBIT
B

8.      Doodlets, LLC did not order or request from Anne Taintor, Inc. any product bearing Veronica Vigil's "high school graduation photograph with the phrase 'I'm going to be the most popular girl in rehab.'"

9.      Anne Taintor, Inc. was served on December 8, 2014 with the summons and Complaint via its registered agent for service of process for Anne Taintor, Inc., who is located in the state of Maine.

FURTHER AFFIANT SAYETH NOT.

ANNE TAINTOR, as  President of Anne
Taintor Inc.

STATE OF  Maine          )
                         )    SS.
COUNTY OF Cumberland )

SUBSCRIBED, SWORN TO, and ACKNOWLEDGED, ANNE TAINTOR, as President of Anne Taintor, Inc. appearing before me on this  20th  day of December, 2014.

Notary Public

My Commission Expires:

July 15th 2020

MICHAELE RACKLIFF
Notary Public
Maine
My Commission Expires Jul 15  2020

2