IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VERONICA VIGIL,

       Plaintiffs,

v.                                          State Case No. D-117-CV-2014-00380

ANNE TAINTOR, ANNE TAINTOR, INC.,
And DOODLETS, LLC;

       Defendants.

## NOTICE OF CONSENT TO REMOVAL

      Defendant Doodlets, LLC, by and through undersigned counsel and with full reservation of all rights and defenses, hereby gives notice of its consent to the removal of the above-entitled action by Defendant Anne Taintor.

**Dated: December 19, 2014**

                                              ARCHIBEQUE LAW FIRM, LLC

                                              /s/ Ronald C. Archibeque
                                              Ronald C. Archibeque
                                              John A. Frase
                                              Juan M. Marquez
                                              Lalita Devarakonda
                                              Marisela Chavez
                                              P.O. Box 94837
                                              Albuquerque, NM 87199
                                              TEL:   505-750-2363
                                              *Attorneys for Defendant Doodlets, LLC*



EXHIBIT E