# New Mexico Courts
## Case Lookup

Exit

Name Search        Case Number Search        DWI Search

Case Detail

## Veronica Vigil v. Anne Taintor, et. al.

### CASE DETAIL

| CASE NUMBER | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-117-CV-201400380 | Raphaelson, Sheri A. | 11/18/2014 | TIERRA AMARILLA DISTRICT |

### PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | TAINTOR ANNE |
| D | Defendant | 2 | ANNE TAINTOR, INC. |
| D | Defendant | 3 | DOODLETS, LLC |
|   |   |   | ATTORNEY: ARCHIBEQUE RONALD CHRISTOPHER |
| P | Plaintiff | 1 | VIGIL VERONICA |
|   |   |   | ATTORNEY: DUNN A. BLAIR |

### CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|
| 11/18/2014 | 1 | OPN: COMPLAINT |   |   |

| COA SEQUENCE # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|
| 11/18/2014 | 2 | OPN: COMPLAINT |   |   |

| COA SEQUENCE # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|


EXHIBIT F

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|
| 11/18/2014 | 3 | OPN: COMPLAINT | | |

| COA SEQUENCE # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|
| 11/18/2014 | 4 | OPN: COMPLAINT | | |

| COA SEQUENCE # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|
| 11/18/2014 | 5 | OPN: COMPLAINT | | |

| COA SEQUENCE # | COA DESCRIPTION |
|---|---|
| 1 | Other |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

## REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 12/04/2014 | ENTRY OF APPEARANCE | | | | |
| | Entry of Appearance | | | | |
| 11/19/2014 | SUMMONS ISSUED | | | | |
| | Doodlets LLC | | | | |
| 11/19/2014 | SUMMONS ISSUED | | | | |
| | Anne Taintor Inc | | | | |
| 11/19/2014 | SUMMONS ISSUED | | | | |
| | Anne Taintor | | | | |
| 11/18/2014 | OPN: COMPLAINT | | | | |
| | COMPLAINT FOR DAMAGES FOR INVASION OF PRIVACY, PRIMA FACIE TORT, DEFAMATION, VIOLATION OF UNFAIR TRADE PRACTICES ACT COMPENSATORY DAMAGES; PUNITIVE DAMAGES; AND INJUNCTIVE RELIEF WITH JURY DEMAND | | | | |

| JUDGE ASSIGNMENT HISTORY | | | |
|---|---|---|---|
| ASSIGNMENT DATE | JUDGE NAME | SEQUENCE # | ASSIGNMENT EVENT DESCRIPTION |
| 11/18/2014 | Raphaelson, Sheri A. | 1 | INITIAL ASSIGNMENT |

Return    Print

©2007 New Mexico Courts