STATE OF NEW MEXICO
COUNTY OF RIO ARRIBA
FIRST JUDICIAL DISTRICT COURT

VERONICA VIGIL,

    Plaintiff,

v.                                          Cause No. D-117-CV-2014-00380

ANNE TAINTOR, ANNE TAINTOR, INC.,
and DOODLETS, LLC,

    Defendants.

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants Anne Taintor and Anne Taintor, Inc., Defendants in the above-styled matter, have filed a Notice of Removal in the United States District Court for the District of New Mexico. A true and correct copy of the Notice of Removal is attached to this Notice as Exhibit "1," and was emailed to:

A. Blair Dunn, Esq.
abdunn@ablairdunn-esq.com

Ronald C. Archibeque
ron@archibequelawfirm.com

                                        Electronically submitted,

                                        ALLEN, SHEPHERD, LEWIS & SYRA, P.A.

                                        */s/* Christopher P. Winters
                                        E. W. Shepherd
                                        Christopher P. Winters
                                        P.O. Box 94750
                                        Albuquerque, NM  87199-4750
                                        (505) 341-0110
                                        *Attorneys for Defendants Anne Taintor and Anne Taintor, Inc.*



EXHIBIT G

This is to certify that a *copy* of the foregoing was filed and served Electronically through the Odyssey File/Serve System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

A. Blair Dunn, Esq.
abdunn@ablairdunn-esq.com

Ronald C. Archibeque
ron@archibequelawfirm.com

this 23rd day of December, 2014.

/s/ Christopher P. Winters
Christopher P. Winters