**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

VERONICA VIGIL,

    Plaintiffs,

v.                                    **Cause No. 14-1150**

ANNE TAINTOR, ANNE TAINTOR, INC.,
And DOODLETS, LLC;

    Defendants.

## ENTRY OF APPEARANCE

Allen, Shepherd, Lewis & Syra, P.A. (E.W. Shepherd) hereby enters its appearance on behalf of Defendants Anne Taintor and Anne Taintor, Inc. in the above-entitled cause of action. Copies of all pleadings, Orders and any other documents filed or transmitted in this case should be served on counsel for Defendants Anne Taintor and Anne Taintor, Inc.

                Electronically Filed,

                ALLEN, SHEPHERD, LEWIS &
                SYRA, P.A.

                \s\ E.W. Shepherd
                E.W. Shepherd
                Christopher P. Winters
                Address: P.O. Box 94750
                Albuquerque, NM 87199-4750
                Phone #: (505) 341-0110
                *Attorneys for Defendants Anne Taintor and Anne Taintor, Inc.*

I HEREBY CERTIFY that on the 23rd day of December, 2014, I filed the foregoing electronically through the CM/ECF system.

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Participants Via first class mail, postage prepaid addressed as follows:

A. Blair Dunn, Esq.
6605 Uptown Blvd. NE #280
Albuquerque, NM 87110-4233
abdunn@ablairdunn-esq.com

Ronald C. Archibeque
John A. Frase
Juan M. Marquez
Lalita Devarakonda
Marisela Chavez
ARCHIBEQUE LAW FIRM, LLC
P.O. Box 94837
Albuquerque, NM 87199
ron@archibequelawfirm.com


\s\ Christopher P. Winters
Christopher P. Winters