IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VERONICA VIGIL,

    Plaintiffs,

v.                        Cause No. 14-1150-KBM-KK

ANNE TAINTOR, ANNE TAINTOR, INC.,
And DOODLETS, LLC;

    Defendants.

## **DEMAND FOR TRIAL BY JURY**

Defendants ANNE TAINTOR and ANNE TAINTOR, INC., by and through its attorneys, Allen, Shepherd, Lewis & Syra, P.A., (E.W. Shepherd and Christopher P. Winters) hereby request a Trial by jury.

                                      ALLEN, SHEPHERD, LEWIS
                                          & SYRA, P.A.

                                        ***/s/ Christopher P. Winters***
                                        E.W. Shepherd
                                        Christopher P. Winters
                                        Address: P.O. Box 94750
                                        Albuquerque, NM 87199-4750
                                        Phone (505) 341-0110
                                        nshepherd@allenlawnm.com
                                        cwinters@allenlawnm.com
                                        ***Attorneys for Defendants***

I HEREBY CERTIFY that on the 30th day of December, 2014, I filed
the foregoing electronically through the CM/ECF system.

AND I FURTHER CERTIFY that on such date I served the foregoing
on the following non-CM/ECF Participants Via first class mail,
postage prepaid addressed as follows:

A. Blair Dunn, Esq.
6605 Uptown Blvd. NE #280
Albuquerque, NM 87110-4233
abdunn@ablairdunn-esq.com

Ronald C. Archibeque
John A. Frase
Juan M. Marquez
Lalita Devarakonda
Marisela Chavez
ARCHIBEQUE LAW FIRM, LLC
P.O. Box 94837
Albuquerque, NM 87199
ron@archibequelawfirm.com


***/s/ Christopher P. Winters***
Christopher P. Winters