IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA VIGIL,

    Plaintiff,

vs.                                             Case No. 1:14-CV-1150 MV/KK

ANNE TAINTOR, ANNE TAINTOR, INC.,
and DOODLETS, LLC,

    Defendants.

## STIPULATED MOTION TO DISMISS
## DEFENDANT DOODLET'S, LLC WITH PREJUDICE

**COME NOW** the Parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and jointly move that Plaintiff's claims against Defendant Doodlet's, LLC be dismissed with prejudice, and that the Court enter the Order of Dismissal of Defendant Doodlet's, LLC with Prejudice, being submitted concurrently herewith.

DATED this 28th day of April, 2015.

                                              WESTERN AGRICULTURE, RESOURCE AND
                                              BUSINESS ADVOCATES, LLP


                                              /s/_A. Blair Dunn_____
                                              A. Blair Dunn, Esq.
                                              1801 Rio Grande Blvd., Unit C
                                              Albuquerque, NM 87104
                                              (505) 750-3060
                                              *Attorney for Plaintiff*

ALLEN, SHEPHERD, LEWIS & SYRA, P.A.

/s/ E.W. Shepherd
E.W. Shepherd, Esq.
Christopher P. Winters, Esq.
P.O. Box 94750
Albuquerque, NM 87199
(505) 341-0110
*Attorneys for Defendants Anne Taintor
and Anne Taintor, Inc.*

ARCHIBEQUE LAW FIRM, LLC

*/s/ Juan M. Marquez*
Ronald C. Archibeque
Juan M. Marquez
P.O. Box 94837
Albuquerque, NM 87199
(505) 750-2363
Fax: 505/792-6084
*Attorneys for Defendant Doodlet's, LLC*

I hereby certify that a true and correct copy of the foregoing pleading was filed and served electronically through the EFS system on April 28, 2015, to counsel as follows:

A. Blair Dunn, Esq.
1801 Rio Grande Blvd., Unit C
Albuquerque, NM 87104
(505) 881-5155
*Attorney for Plaintiff*

E.W. Shepherd, Esq.
Christopher P. Winters, Esq.
ALLEN, SHEPHERD, LEWIS & SYRA, P.A.
P.O. Box 94750
Albuquerque, NM 87199
(505) 341-0110
*Attorneys for Defendants Anne Taintor
   and Anne Taintor, Inc.*

*/s/ Juan M. Marquez*
Juan M. Marquez