IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA VIGIL,

    Plaintiff,

vs.                                                   Case No. 1:14-CV-1150 MV/KK

ANNE TAINTOR, ANNE TAINTOR, INC.,
and DOODLETS, LLC,

    Defendants.

## ORDER OF DISMISSAL OF DEFENDANT DOODLET'S, LLC WITH PREJUDICE

**THIS MATTER** having come before the Court on the Parties' Stipulated Motion to Dismiss Defendant Doodlet's, LLC with Prejudice, which was made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court being fully advised in the premises, **FINDS** that the Motion is well-taken and shall be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Doodlet's, LLC are hereby dismissed against Doodlet's, LLC with prejudice.

                                                          _____
                                                          MARTHA VÁZQUEZ
                                                          United States District Judge

**SUBMITTED AND APPROVED BY:**

WESTERN AGRICULTURE, RESOURCE AND
    BUSINESS ADVOCATES, LLP


/s/_A. Blair Dunn
A. Blair Dunn, Esq.
1801 Rio Grande Blvd., Unit C
Albuquerque, NM 87104
(505) 750-3060
*Attorney for Plaintiff*


ALLEN, SHEPHERD, LEWIS & SYRA, P.A.


/s/_E.W. Shepherd
E.W. Shepherd, Esq.
Christopher P. Winters, Esq.
P.O. Box 94750
Albuquerque, NM 87199
(505) 341-0110
*Attorneys for Defendants Anne Taintor
and Anne Taintor, Inc.*


ARCHIBEQUE LAW FIRM, LLC

*/s/ Juan M. Marquez*
Ronald C. Archibeque
Juan M. Marquez
P.O. Box 94837
Albuquerque, NM 87199
(505) 750-2363
Fax: 505/792-6084
*Attorneys for Defendant Doodlet's, LLC*